UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW DEYELL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　vs.<br><br>HISENSE USA CORP.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:24-cv-04363-AT<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING CONSENT**
**MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO**
**RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Having reviewed Plaintiff's Consent Motion for Extension of Time to Respond to Defendant's Motion to Compel Arbitration (Doc. No. 8), the Court **GRANTS** the motion for good cause shown.

Plaintiff's deadline to respond to the motion is extended to January 7, 2025.

**SO ORDERED** this _____ day of December, 2024.

_____
Amy Totenberg
United States District Judge